No. 73–6182. Johnson v. Maryland. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument.

No. 73–6207. Pope v. Nebraska. Appeal from Sup. Ct. Neb. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Mr. Justice Douglas would dismiss appeal for want of jurisdiction, treat the papers submitted as a petition for writ of certiorari, and set case for oral argument on issue of double jeopardy in light of the dissents in which he joined in Bartkus v. Illinois, 359 U. S. 121, 150, 164. Mr. Justice Blackmun took no part in the consideration or decision of this case.

No. 72–1617. Civil Service Commission of New York et al. v. Snead; and
No. 72–1691. Department of Social Services of the City of New York et al. v. Snead. Appeals from D. C. S. D. N. Y. Judgment vacated and cases remanded for further consideration in light of Arnett v. Kennedy, ante, p. 134.

No. 73–208. Collins et al. v. Wilson, Governor of New York, et al. Appeal from Ct. App. N. Y. Judgment vacated and case remanded for further consideration in light of Arnett v. Kennedy, ante, p. 134.